**Dismissed and Memorandum Opinion filed January 13, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00928-CV

---

### KIMBERLY MITCHELL, Appellant

### V.

### CHASE BANK, TARAD RASHAWN BESSARD, TANYA JOHNSON, Appellees

---

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-44758**

---

# M E M O R A N D U M   O P I N I O N

According to information provided to this court, on November 14, 2014, appellant filed a notice of appeal from the trial court's ruling that day denying a motion for default judgment. The appellate filing fee in the amount of $195.00 has not been paid. There is no indication in our record that appellant has claimed indigence. *See* Tex. R. App. P. 20.1. On December 3, 2014, this court notified appellant that the filing fee was past due and the appeal was subject to dismissal if

the fee was not paid by December 15, 2014. No response was filed.

In addition, no clerk's record has been filed. On December 18, 2014, the clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record. The district clerk's office advised this court that appellant has not responded to any of its notices requesting payment and designation of the record. The notice to this court also stated that the trial court has not signed a final judgment or appealable order in the underlying case.

On December 18, 2014, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant has not paid the appellate filing fee, provided this court with proof of payment for the record, or filed any other response to this court's notices.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, Busby, and Brown.

2